**TRUSTED NET MEDIA HOLDINGS, LLC, Debtor.**

Trusted Net Media Holdings, LLC, Plaintiff–Appellant,

v.

The Morrison Agency, Inc., Defendant–Appellee.

No. 07–13429.

United States Court of Appeals, Eleventh Circuit.

June 19, 2008.

Ralph Goldberg, Decatur, GA, for Plaintiff–Appellant.

Michael James King, Greenberg Traurig, Atlanta, GA, for Defendant–Appellee.

Before EDMONDSON, Chief Judge, and TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON and PRYOR, Circuit Judges.

BY THE COURT:

A member of this Court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.